# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| ─────────────────────────── x | | |
| KARL A. KLIENSCHROD, Individually and On Behalf of All Others Similarly Situated, | ) ) ) | Civil Action No. 04-CV-3801 |
| Plaintiff, | ) ) ) | Judge John R. Tunheim |
| vs. | ) ) ) | |
| THE ST. PAUL TRAVELERS COMPANIES, INC. f/n/a THE ST. PAUL COMPANIES, INC., JAY S. FISHMAN, THOMAS A. BRADLEY, JOHN C. TREACY, CAROLYN H. BIRD, JOHN H. DASBURG, JANET DOLAN, KENNETH M. DUBERSTEIN, LAWRENCE G. GRAEV, THOMAS R. HODGSON, WILLIAM H. KLING, JAMES A. LAWRENCE, JOHN A. MacCOLL, GLEN D. NELSON, and GORDON M. SPRENGER, Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| ─────────────────────────── x | | |

# ORDER CONSOLIDATING THE RELATED
# ACTIONS, APPOINTING THE NEW MEXICO STATE FUNDS AS LEAD PLAINTIFF
# AND APPROVING LEAD PLAINTIFF'S SELECTION OF
# LEAD COUNSEL

```
-------------------------------------------------- x
```
VINCENT VINCI, Individually and On )
Behalf of All Others Similarly Situated, )          Civil Action No. 04-CV-3833
                                         )
                            *Plaintiff*, )          Judge John R. Tunheim
                                         )
      - v. –                             )
                                         )
THE ST. PAUL TRAVELERS                   )
COMPANIES, INC. f/k/a THE ST. PAUL       )
COMPANIES, INC., JAY S. FISHMAN,         )
THOMAS A. BRADLEY, ROBERT I. LIPP        )
and JOHN C. TREACY,                      )
                                         )
                            *Defendants*. )
                                         )
```
-------------------------------------------------- x
```
EMPIRE PARTNERS, LLP and SUSAN N.        )
COHEN,                                   )          Civil Action No. 04-CV-3834
                                         )
                            *Plaintiffs*, )          Judge John R. Tunheim
                                         )
      - v. –                             )
                                         )
THE ST. PAUL TRAVELERS                   )
COMPANIES, INC., TRAVELERS               )
PROPERTY CASUALTY CORP., THE ST.         )
PAUL COMPANIES, INC.,  JAY S.            )
FISHMAN, THOMAS A. BRADLEY,              )
ROBERT I. LIPP and JAY S. BENET,         )
                                         )
                            *Defendants*. )
                                         )
```
-------------------------------------------------- x
```

```
-------------------------------------------------- x
```
ROBERT STROUGO, On Behalf of     )
Himself and All Others Similarly Situated,     )     Civil Action No. 04-CV-3847
    )
    *Plaintiff*,     )     Judge John R. Tunheim
    )
    )
    - v. –     )
    )
    )
THE ST. PAUL TRAVELERS     )
COMPANIES, INC. f/k/a THE ST. PAUL     )
COMPANIES, INC., JAY S. FISHMAN,     )
THOMAS A. BRADLEY, JOHN C.     )
TREACY, CAROLYN H. BYRD, JOHN H.     )
DASBURG, JANET DOLAN, KENNETH     )
M. DUBERSTEIN, LAWRENCE G.     )
GRAEV, THOMAS R. HODGSON,     )
WILLIAM H. KLING, JAMES A.     )
LAWRENCE, JOHN A. MacCOLL, GLEN     )
D. NELSON, and GORDON M.     )
SPRENGER,     )
    )
    *Defendants*.     )
    )
```
-------------------------------------------------- x
```
CYNTHIA SHERMAN, On Behalf of     )
Herself and All Others Similarly Situated,     )     Civil Action No. 04-CV-3863
    )
    *Plaintiff*,     )     Judge John R. Tunheim
    )
    - v. –     )
    )
    )
THE ST. PAUL TRAVELERS     )
COMPANIES, INC. f/k/a THE ST. PAUL     )
COMPANIES, INC., JAY S. FISHMAN,     )
and THOMAS A. BRADLEY,     )
    )
    *Defendants*.     )
    )
    )
    )
```
-------------------------------------------------- x
```

```
------------------------------------------------------- x
```
KEITH DONATO, On Behalf of Himself )
and All Others Similarly Situated, )          Civil Action No. 04-CV-3874
                                   )
                                   )          Judge John R. Tunheim
                    *Plaintiff*,   )
                                   )
                                   )
        - v. –                     )
                                   )
                                   )
THE ST. PAUL TRAVELERS             )
COMPANIES, INC. f/k/a THE ST. PAUL )
COMPANIES, INC., JAY S. FISHMAN,   )
THOMAS A. BRADLEY, JOHN C.         )
TREACY, CAROLYN H. BYRD, JOHN H.   )
DASBURG, JANET DOLAN, KENNETH      )
M. DUBERSTEIN, LAWRENCE G.         )
GRAEV, THOMAS R. HODGSON,          )
WILLIAM H. KLING, JAMES A.         )
LAWRENCE, JOHN A. MacCOLL, GLEN    )
D. NELSON, and GORDON M.           )
SPRENGER,                          )
                                   )
                    *Defendants*.  )
                                   )
```
------------------------------------------------------- x
```
JANE RAISFELD, On Behalf of Herself )
and All Others Similarly Situated,  )         Civil Action No. 04-CV-3875
                                    )
                                    )         Judge John R. Tunheim
                    *Plaintiff*,    )
                                    )
                                    )
        - v. –                      )
                                    )
                                    )
THE ST. PAUL TRAVELERS              )
COMPANIES, INC., JAY S. FISHMAN,    )
THOMAS A. BRADLEY, JOHN C.          )
TREACY, CAROLYN H. BYRD, JOHN H.    )
DASBURG, JANET DOLAN, KENNETH       )
M. DUBERSTEIN, LAWRENCE G.          )
GRAEV, THOMAS R. HODGSON,           )
WILLIAM H. KLING, JAMES A.          )
LAWRENCE, JOHN A. MacCOLL, GLEN     )
D. NELSON, and GORDON M.            )
SPRENGER,                           )
                                    )
                    *Defendants*.   )
                                    )
```
------------------------------------------------------- x
```

```
-------------------------------------------------- x
MARK G. EPSTEIN, On Behalf of Himself    )
and All Others Similarly Situated,       )        Civil Action No. 04-CV-3884
                                         )
                    Plaintiff,           )        Judge John R. Tunheim
                                         )
        - v. –                           )
                                         )
THE ST. PAUL TRAVELERS                   )
COMPANIES, INC. f/k/a THE ST. PAUL       )
COMPANIES, INC., JAY S. FISHMAN and      )
THOMAS A. BRADLEY,                       )
                                         )
                                         )
                    Defendants.          )
                                         )
                                         )
                                         )
                                         )
-------------------------------------------------- x
PAUL GREEN, Individually and On Behalf   )
of All Others Similarly Situated,        )        Civil Action No. 04-CV-3886
                                         )
                    Plaintiff,           )        Judge John R. Tunheim
                                         )
        - v. –                           )
                                         )
THE ST. PAUL TRAVELERS                   )
COMPANIES, INC. f/k/a THE ST. PAUL       )
COMPANIES, INC., JAY S. FISHMAN,         )
THOMAS A. BRADLEY, ROBERT I. LIPP        )
and JOHN C. TREACY,                      )
                                         )
                    Defendants.          )
                                         )
                                         )
                                         )
-------------------------------------------------- x
```

------------------------------------------------------- x

WALTER E. RYAN, JR.,          )

                        *Plaintiff,*    )

           - v. –           )

THE ST. PAUL TRAVELERS   )
COMPANIES, INC., ROBERT I. LIPP, )
JAY S. FISHMAN, JAY S. BENET, JOHN )
A. MacCOLL, HOWARD P. BERKOWITZ, )
KENNETH J. BIALKIN, LESLIE D.   )
DISHAROON, MERYL D. HARTZBAND, )
BLYTHE J. MCGARVIE, CLARENCE  )
OTIS, JR., JEFFREY M. PEEK, NANCY A. )
ROSEMAN, CHARLES W. SCHARF,  )
FRANK J. TASCO, LAURIE J.    )
THOMSEN, CAROLYN HOGAN BYRD, )
JOHN H. DASBURG, JANET M. DOLAN, )
KENNETH M. DUBERSTEIN,    )
LAWRENCE G. GRAEV, THOMAS R. )
HODGSON, WILLIAM H.KLING, JAMES )
A. LAWRENCE, GLEN D. NELSON,  )
GORDON M. SPRENGER, THOMAS A. )
BRADLEY and JOHN C. TREACY,  )

                   *Defendants.*  )

------------------------------------------------------- x

MICHAEL KINTZER, On Behalf of  )
Himself and All Others Similarly Situated, )

                        *Plaintiff,*    )

           - v. –           )

THE ST. PAUL TRAVELERS COMPANIES, )
INC., TRAVELERS PROPERTY   )
CASUALTY CORP., THE ST. PAUL  )
COMPANIES, INC., JAY S. FISHMAN, )
THOMAS A. BRADLEY, ROBERT I. LIPP )
and JAY S. BENET,       )

                   *Defendants.*  )

------------------------------------------------------- x

Civil Action No. 04-CV-3888

Judge John R. Tunheim

Civil Action No. 04-CV-4058

Judge John R. Tunheim

```
------------------------------------------------------ x
```
BRIAN T. VAN ORDSEL, Individually and   )
On Behalf of All Others Similarly Situated,   )    Civil Action No. 04-CV-4137
       )
           *Plaintiff*,   )    Judge John R. Tunheim
       )
      - v. −   )
       )
THE ST. PAUL TRAVELERS   )
COMPANIES, INC., TRAVELERS   )
PROPERTY CASUALTY CORP., THE ST.   )
PAUL COMPANIES, INC., JAY S.   )
FISHMAN, THOMAS A. BRADLEY,   )
ROBERT I. LIPP and JAY S. BENET   )
       )
           *Defendants*.   )
       )
       )
       )
```
------------------------------------------------------ x
```
R. BERNARD LOMAN, On Behalf of   )
Himself and All Others Similarly Situated,   )    Civil Action No. 04-CV-4316
       )
           *Plaintiff*,   )    Judge John R. Tunheim
       )
      - v. −   )
       )
THE ST. PAUL TRAVELERS   )
COMPANIES, INC. f/k/a THE ST. PAUL   )
COMPANIES, INC., JAY S. FISHMAN,   )
THOMAS A. BRADLEY, JOHN C.   )
TREACY, CAROLYN H. BYRD, JOHN H.   )
DASBURG, JANET DOLAN, KENNETH   )
M. DUBERSTEIN, LAWRENCE G.   )
GRAEV, THOMAS R. HODGSON,   )
WILLIAM H. KLING, JAMES A.   )
LAWRENCE, JOHN A. MacCOLL, GLEN   )
D. NELSON, and GORDON M.   )
SPRENGER,   )
       )
           *Defendants*.   )
```
------------------------------------------------------ x
```

2963

7

Steelworkers Pension Trust, *Individually* )
*and on behalf of all others similarly* )  Civil Action No. 04-CV-4510
*situated*, )
 )  Judge John R. Tunheim
 )
      *Plaintiff*, )
 )
   - v. − )
 )
St Paul Travelers Companies Inc., Travelers )
Property Casualty Corp, The St. Paul )
Companies, Inc., Jay S Fishman, Thomas A )
Bradley, Robert I Lipp,  John C Treacy, )
Carolyn H Byrd,  John H Dasburg, Janet )
Dolan,  Kenneth M Duberstein,  Lawrence G )
Graev, Thomas R Hodgson, William H )
Kling,James A Lawrence, John A MacColl, )
Glen D Nelson, and Gordon M Sprenger )
 )
      *Defendants*. )
 )
 )
 )
------------------------------------------------------- x

Upon consideration of the Stipulation between the Public Employees Retirement Association of New Mexico, the New Mexico State Investment Council, and the Educational Retirement Board of New Mexico (collectively referred to as "New Mexico State Funds"), the Steelworkers Pension Trust, and Walter E. Ryan, Jr., and the Motion of the New Mexico State Funds for consolidation of the above-captioned related actions, appointment of Lead Plaintiff, and approval of its selection of Lead Counsel, and for good cause shown,

   **IT IS HEREBY ORDERED THAT**:

    1.  The Motion of New Mexico State Funds is **GRANTED**;

    2.  Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned cases, and any subsequently filed or transferred related actions are hereby **CONSOLIDATED** under Master File No. 04-CV-3801 and shall bear the caption "***In re St. Paul Travelers Securities Litigation***;"

3.    New Mexico State Funds is **APPOINTED** to serve as Lead Plaintiff, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), and Section 27 of the Securities Act of 1933, 15 U.S.C. § 77z-1; and

4.    The selection of counsel by New Mexico State Funds is **APPROVED** and the law firm of Goodkind Labaton Rudoff & Sucharow LLP is hereby **APPOINTED** as Lead Counsel and Gustafson Gluek PLLC is hereby **APPOINTED** Liaison Counsel for the class.

This 23rd day of November, 2004.        s/John R. Tunheim
                                            Judge John R. Tunheim
                                            United States District Judge

2963